IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Asbestos Product Liability Litigation (No. VI) | Civil Action No. MDL 875<br>Transfer State: Wisconsin |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Ervin Brindowski and Alice Brindowski<br><br>Plaintiffs,<br><br>v.<br><br>Amchem Products, et al.<br><br>Defendants | Civil Action No. 2:10-cv-64684<br>Civil Action No. 2:10-cv-64685<br><br>FILED<br>AUG - 9 2011<br>MICHAEL E. KUNZ, Clerk<br>By_____Dep. Clerk |

RECEIVED AUG - 3 2011

## ORDER DIMISSING ALL CLAIMS AGAINST GEORGIA-PACIFIC LLC

IT IS HEREBY ORDERED, pursuant to the STIPULATION AND AGREEMENT by and between all parties, through their respective attorneys, that all claims alleged against Georgia-Pacific LLC, including all cross-claims for contribution, in the above-referenced action are dismissed with prejudice and without costs to any of the parties herein.

Dated at Philadelphia, Pennsylvania, this 8th day of August 2011.

BY THE COURT:

_____
The Honorable Eduardo C. Robreno