UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | MDL Docket No. 875<br>Transfer State: Wisconsin | FILED<br>OCT 13 2011<br>MICHAEL E. KUNZ, Clerk<br>By_____Dep. Clerk |
| ON TRANSFER FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN | | |

Alice Brindowski, an individual and surviving spouse of Ervin Brindowski and Carol Richards, as Special Administrator for the Estate of Ervin Brindowski,

    Plaintiffs,

Alfa Laval, Inc., et al,

    Defendants.

Civil Action No. 2-10-cv-64684
Civil Action No. 2-10-cv-64685

### ORDER FOR DISMISSAL

Upon the stipulation of the parties,

**IT IS ORDERED THAT** all claims alleged against Defendant Pneumo Abex, LLC, Successor-in-Interest to Abex Corporation, including all cross-claims in the above-referenced action are dismissed without prejudice and without costs to any of the parties herein.

Dated at Philadelphia, Pennsylvania, this 12th day of October, 2011.

BY THE COURT:

_____
The Honorable Eduardo C. Robreno